## VERIFICATION

I, Vladimir Gusinsky on Behalf of the Vladimir Gusinsky Revocable Trust dated August 15, 1993, under penalty of perjury, declare as follows:

I am the Plaintiff in the above-captioned action. I have read the foregoing Complaint and authorized its filing. Based upon the investigation of my counsel, the allegations in the Complaint are true to the best of my knowledge, information and belief.

DATED: 7.13.10

_____
Vladimir Gusinsky on Behalf of the
Vladimir Gusinsky Revocable Trust dated
August 15, 1993